**Opinion issued May 19, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-21-00320-CV

_____

**JACQUELINE ANN TAYLOR AND ZONA JILL WAINWRIGHT,**
**Appellants**

**V.**

**CADENCE BANK, N.A., AS TRUSTEE OF THE MANAGEMENT TRUST**
**FOR THERESA LONA BLACKWELL, AN INCAPACITATED PERSON**
**AND AS CUSTODAN OF THE IRA OF THERESA LONA BLACKWELL,**
**Appellees**

---

**On Appeal from the Probate Court No. 1**
**Harris County, Texas**
**Trial Court Case No. 488853-401**

---

**MEMORANDUM OPINION**

This is an appeal from the trial court's March 19, 2021 order granting interpleader. Appellants' brief was originally due on September 13, 2021. Two

extensions were granted until January 11, 2022. On January 25, 2021, this Court issued a notice advising appellants that unless the brief was filed within ten days, we might dismiss the appeal for want of prosecution. Appellants neither timely filed a brief nor requested an extension. *See* TEX. R. APP. P. 38.8(a)(1) (the appellate court may dismiss for want of prosecution for failure to file appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.